UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
MARIA GORRITZ,

            Plaintiff,                      18-CV-11095 (LTS) (OTW)

            -against-                      **ORDER**

TARGET CORPORATION, et al.,

            Defendants.

------------------------------------------------------------x

**ONA T. WANG**, **United States Magistrate Judge:**

Parties are directed to submit a joint status letter by **January 17, 2020.**

SO ORDERED.

                                                          *s/ Ona T. Wang*

Dated: November 22, 2019                       **Ona T. Wang**
         New York, New York            United States Magistrate Judge