**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------x

MARIA GORRITZ,                                        :
                                                     :
                    Plaintiff,                       :          18-CV-11095 (LTS) (OTW)
                                                     :
            -against-                                :          **ORDER**
                                                     :
TARGET CORPORATION, RWC LANDSCAPING                  :
SERVICES MANAGEMENT, INC.                            :
d/b/a OUTSIDE UNLIMITED, and FORREST                 :
HARPER'S LANDSCAPING AND LAWN SERVICE,               :
                                                     :
                    Defendants.                      :

-------------------------------------------------------------x

     **ONA T. WANG**, **United States Magistrate Judge**:

The Case Management Conference scheduled for **Wednesday, February 24, 2021** is

hereby cancelled.


     **SO ORDERED.**


_s/ Ona T. Wang_

Dated: February 23, 2021                             **Ona T. Wang**
       New York, New York                       United States Magistrate Judge